

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**     312-435-5670
Clerk

February 27, 2024

Iris Y. Martinez, Clerk
Circuit Court of Cook County
Richard J. Daley Center
50 W. Washington Street
Chicago, IL  60602

Re:  City Of Chicago v. Monsanto Company et al
USDC Case Number:  1:23-cv-15357
Circuit Court Case Number:  2023L009542

Dear Clerk:

A certified copy of an order entered on 2/12/2024 by the Honorable Jeremy C. Daniel, remanding the above-entitled case back to the Circuit Court of Cook County, Illinois is herewith transmitted to you for your files.

                Sincerely yours,
                Thomas G. Bruton, Clerk

            By: /s/ Jenny E. Jauregui
                Deputy Clerk

Enclosure(s)

Rev. 10/05/2016